**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-1786**

———————

FRANCISCO K. AVOKI,

        Plaintiff - Appellant,

     v.

CHAD'S BODY SHOP & TOWING SERVICE,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Sherri A. Lydon, District Judge.  (0:21-cv-03014-SAL)

———————

Submitted:  February 16, 2023                      Decided:  February 21, 2023

———————

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Francisco K. Avoki, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco K. Avoki appeals the district court's (a) order accepting the magistrate judge's recommendation to deny Avoki's motion for default judgment and dismiss his 42 U.S.C. § 1983 action; and (b) subsequent text order related to Avoki's late-filed objections to the magistrate judge's report.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Avoki v. Chad's Body Shop & Towing Serv.*, No. 0:21-cv-03014-SAL (D.S.C. July 1, 2022 & July 11, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*